■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DAVIS, Appellant. [879 NYS2d 718]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered June 6, 2006, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied meaningful representation (*see People v Caban,* 5 NY3d 143, 152 [2005]; *People v Henry,* 95 NY2d 563, 565 [2000]; *People v Benevento,* 91 NY2d 708, 714 [1998]). The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 85 [1982]).

The defendant's remaining contentions are unpreserved for appellate review. Rivera, J.P., Spolzino, Angiolillo and Balkin, JJ., concur.